### R. G. GILMER v. STATE.

No. A-5600. Opinion Filed June 2, 1926.
(246 Pac. 1118.)

Bicking & Wilson, for plaintiff in error.

PER CURIAM. Plaintiff in error, R. G. Gilmer, was convicted on a charge of vagrancy, and in accordance with the verdict of the jury was sentenced to pay a fine of $100

and to be confined in the county jail for 30 days. From the judgment he appeals, but no brief has been filed, and the cause was submitted on the record. An examination of the record discloses that the evidence is sufficient to sustain the verdict and judgment. Finding no prejudicial error, the judgment is affirmed.